CITY OF ST. JOSEPH, APPELLANT v. ENSWORTH.

**Practice:** BILL OF EXCEPTIONS: Where no exception is saved, in the bill of exceptions, to the overruling of a motion to set aside a non-suit, the omission is not cured by a general exception when the motion in arrest is overruled.

*Appeal from Buchanan Circuit Court.*—HON. JOS. P. GRUBB, Judge.

*B. R. Vineyard* for appellant.

*B. F. Loan, J. D. Strong* for respondent.

SHERWOOD, C. J.—There is no exception saved to the overruling of the motion to set aside the non-suit. Exceptions must be saved to each specific ruling as it occurs during the progress of the cause, and it will not do, as was attempted here, to fail to except when the motion to set aside the non-suit was overruled, and then seek to cure the

omission by a general exception when the motion in arrest is overruled. (*Harrison v. Bartlett*, 51 Mo. 170). Judgment affirmed. All concur. AFFIRMED.